**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Sheila Francella Singleton       XXX-XX-5484       Case #12-31016

Debtor(s)

### O R D E R

This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and / or for default in making the payments under the Plan ,

It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court and /or failed to comply with 11 U.S.C. §1325,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments due the Chapter 13 Trustee prior to entry of this order and received pursuant to a wage assignment shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties in interest.

Dated: Jan 21 2016                            /s/ Keith L. Phillips
                                                                               Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:

/Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780            NOTICE OF JUDGMENT OR ORDER
(804) 775-0979
VSB #31868                                    Entered On Docket Jan 21 2016